J. Higgins, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. JEWELLERS' CIRCULAR PUB. CO., Relator, v. ROBERTS, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by the people of the state of New York, on the relation of the Jewellers' Circular Publishing Company, against James A. Roberts, as comptroller of the state of New York. No opinion. Determination of the comptroller confirmed, with $50 costs and disbursements. See 42 N. Y. Supp. 1089.

PEOPLE ex rel. JUDD et al., Relators, v. ROBERTS, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by the people of the state of New York, on the relation of H. L. Judd & Co., against James A. Roberts, as comptroller of the state of New York. No opinion. Determination of comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. KEIBER v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Philip Keiber, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. McPEAK, Appellant, v. MARKELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the people of the state of New York, on relation of one McPeak, against John S. Markell. No opinion. Order affirmed.

PEOPLE ex rel. MAHONEY v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of P. J. Mahoney, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. MALLOY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by the people of the state of New York, on the relation of David Malloy, against Theodore Roosevelt and others. G. H. Bruce, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. MARTIN v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Louis Martin, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. MITCHELL v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of John Mitchell, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. MULLER v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Michael Muller, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. PEISER v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Albert Peiser, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. PUNDT v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Henry Pundt, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. SCHLACK v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Jacob Schlack, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. SEARS, Respondent, v. TOBEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the people of the state of New York, on the relation of Sears, against William R. Tobey. No opinion. Order allowed, settled, and filed with the clerk. See 44 N. Y. Supp. 1127.

PEOPLE ex rel. STANBACH v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of B. Stanbach, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PFEFFER v. KLING et al. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Norberth Pfeffer against Philip Kling and others. No opinion. Motion denied. See 46 N. Y. Supp. 501.

In re PHILLIPS. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) In the matter of the application of Ellery O. Phillips for his admission to practice as an attorney at law in the state of New York. No opinion. Application granted, and applicant may take the oath at the opening of the court on any day.

In re PHILLIPS. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) In the matter of one Phillips. No

opinion. Application granted, and applicant may take the oath at the opening of the court on any day.

---

PINCOFFS, Respondent, v. DOYLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Peter A. Pincoffs against Michael Doyle and another. No opinion. Motion denied, with $10 costs and disbursements. See 44 N. Y. Supp. 1127.

---

POTTER, Appellant, v. ROCKEFELLER, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Daniel C. Potter against John D. Rockefeller. A. G. Vanderpool, for appellant. J. H. Choate, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re PUBLIC PARKS. In re GROTE. (Supreme Court, Appellate Division, First Department. June 25, 1897.) In the matter of the department of public parks. In the matter of Grote. No opinion. Reference ordered.

---

PUNDT v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Henry Pundt against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

---

REMBE, Appellant, v. FORST et al., Respondents. (Supreme Court, Appellate Division, Second Department. April, 1897.) Action by Henry Rembe against Jacob Forst and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

ROBERTS, Appellant, v. EIGHTH AVE. R. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Peter Roberts against the Eighth Avenue Railroad Company and another. Wheeler H. Peckham, for appellant. James C. Carter and Elihu Root, for respondents.

PER CURIAM. For the reasons stated in the opinion of Potter v. Collis (decided herewith) 46 N. Y. Supp. 471, the order appealed from is affirmed, with $10 costs and disbursements.

---

ROCHE, Respondent, v. SUPREME LODGE KNIGHTS OF HONOR, Appellant. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Sarah Roche against the Supreme Lodge of Knights of Honor. W. R. Spooner, for appellant. W. B. Donihee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

ROKENBAUGH v. WILSHUSEN. (Supreme Court, Appellate Term. July 29, 1897.) Action by Henry S. Rokenbaugh against John Wilshusen. No opinion. Judgment affirmed, with costs.

ROTH, Appellant, v. HAVILAND, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by William Roth against Lyman P. Haviland. No opinion. Judgment affirmed, with costs. See 44 N. Y. Supp. 474.

---

RUDDICK, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by James Ruddick against the Third Avenue Railroad Company. No opinion. Motion granted, with $10 costs.

---

RUSSELL, Respondent, v. AGRICULTURAL INS. CO. OF WATERTOWN, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by James Russell against the Agricultural Insurance Company of Watertown, New York. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. See 46 N. Y. Supp. 186.

---

SANBORN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Smith Sanborn against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

---

SCHALCK v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Jacob Schalck against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

---

SIEBRECHT et al., Respondents, v. PENNSYLVANIA R. CO., Appellant. (City Court of New York, General Term. July 15, 1897.) Action by Henry A. Siebrecht and another against the Pennsylvania Railroad Company. Robinson, Biddle & Ward, for appellants. John M. Gardner, for respondent.

McCARTHY, J. The defendant, under its contract, was bound to deliver this merchandise within a reasonable time, and on that question the jury has found against them. It is a close case, but we think the verdict is conclusive, and should stand. Judgment affirmed, with costs.

---

SMITH v. METROPOLITAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Annie Smith against the Metropolitan Life Insurance Company. No opinion. Motion granted, with $10 costs.

---

SMITH v. POORSCHKE. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Annie E. Smith against Edward R. Poorschke. No opinion. Motion denied, on payment of $10 costs.